UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                        No. C-13-4683 EMC (pr)

NORMAN F. ROSE,

        Plaintiff.                     **ORDER OF DISMISSAL**

_____/

      This action was opened on October 8, 2013, when the Court received from Norman F. Rose a letter concerning his medical care at the Correctional Training Facility in Soledad. On that date, the Court notified Mr. Rose in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days. Mr. Rose did not file a complaint or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

      IT IS SO ORDERED.

Dated: February 5, 2014

_____
EDWARD M. CHEN
United States District Judge